IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 14-3006 |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| JOSHUA HUNT, | ) | |
| Defendant. | ) | |

Notice is hereby given that the Defendant, Joshua Hunt, has appealed, and does hereby appeal to the United States Court of Appeals for the Eighth Circuit from the verdict, final judgment and sentence of the United States District Court rendered in the above-entitled case on August 4, 2014. The Defendant also appeals from each and every adverse order, decision and ruling of the District Court made during the pendency and progress of said cause.

/s/ John Bishop

---

**JOHN J. BISHOP** AT0000937
222 Third Ave. SE, Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-mail: jjbishop25@hotmail.com

ATTORNEY FOR DEFENDANT