| | |
|---|---|
| **CAPTION:** | **CASE NO:** |
| USA V HUNT | CR14-3006-LRR |
| **APPELLANT:** | **APPELLANT ADDRESS or ATTORNEY'S ADDRESS:** |
| JOSHUA LEE HUNT | John Bishop<br>222 Third Ave SE, Suite 299<br>Cedar Rapids IA 52401<br>319-398-0343 |
| **APPELLEE:** | **APPELLEE ATTORNEY ADDRESS:** |
| UNITED STATES OF AMERICA | John H. Lammers<br>600 - 4th Street, Suite 670<br>Sioux City IA 51101<br>712-255-6011 |
| **COURT REPORTER(S):** | **PROCEEDING:** |
| Patrice Murray<br>111 Seventh Avenue SE, Box 12<br>Cedar Rapids IA 52401<br>319-286-2338 | Sentencing Hearing held on 8/01/2014 |

**LENGTH OF TRIAL:** None     **FEE PAID?** N     **IFP FILED?** N     **IFP PENDING?** N

**CRIMINAL ATTORNEY:** John Bishop     **PENDING MOTIONS:** N

**LOCAL INTEREST?** N     **SIMULTANEOUS RELEASE?** N

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY:**
Is Defendant incarcerated? **Yes**   If yes, where:

In Transit

Please list all other defendants in this case if there were multiple defendants:

*Please return files and documents to:*     *Contact Person:*

*U.S. District Clerk - Northern District of Iowa*     /s/ djs
*320 Sixth Street, Suite 301*     712-233-3843
*Sioux City, IA 51101*

**Special Comments**