# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2852

United States of America

Appellee

v.

Joshua Lee Hunt

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:14-cr-03006-LRR-1)
_____

**ORDER**

Attorney, John Bishop is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. A CJA voucher will be mailed to counsel shortly.

August 06, 2014

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans